# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | CIVIL ACTION NO.: 2:17-cr-40 |
| v. | * | |
| STEPHANIE WALL, | * | |
| Defendant. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 295, to which no Objections have been filed.

Accordingly, the the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Cour. Stephanie Wall is competent to stand trial and shall proceed with this case.

**SO ORDERED**, this __18__ day of __May__, 2018.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)